*J. S. Newman,* for the plaintiff.

*C. B. Smith,* for the defendants.

---

ELLIS *v.* FORD, Executor.—In error.

*Saturday, May 29.*

DEBT by an executor on a promise by the defendant to the testator to pay the latter a certain sum *per annum* for rent during his (the testator's) lifetime. *Held,* that proof of the defendant's promise, and of his payment of one year's rent, without any evidence as to the time when the testator died, did not sustain the action.